UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                    :

NATALIE SCHIBELL,                     :

                      :

          Plaintiff,     :

                      :                25-CV-8870

        -against-        :

                      :                **<u>ORDER</u>**

AETION, INC., A DATAVANT     :
COMPANY,                       :

                      :

          Defendant.    :

                      :
-------------------------------------------------------- X

<u>VERNON S. BRODERICK, United States District Judge</u>:

      Plaintiff filed this action on October 27, 2025, (Doc. 1), and filed an affidavit of service

as to Defendant on December 11, 2025, (Doc. 5).  The deadline for Defendant to respond to

Plaintiff's complaint was December 9, 2025.  To date, Defendant has not appeared or responded

to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H)

of my Individual Rules and Practices in Civil Cases by no later than January 26, 2026.  If

Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:      January 5, 2026
             New York, New York

                                _____
                                VERNON S. BRODERICK
                                United States District Judge